# Exhibit A



# MELANIE A. MAUGERI
MANAGER

PROFESSIONAL EXPERIENCE

STROZ FRIEDBERG
**Manager,** January 2016 to Present
**Senior Consultant,** November 2015 to January 2016
**Digital Forensic Examiner,** October 2011 to October 2015
San Francisco, CA

Conduct digital forensic acquisitions and analyses of laptops, desktops, servers, mobile phones, iPads and other Apple devices in connection with civil litigation, internal investigations, and computer incident response efforts.  Consult with clients in matters involving spoliation claims, network intrusions, theft of IP, electronic discovery remediation, and cybercrime response.  Conduct large-scale electronic discovery involving the preservation, collection, processing, and production of electronic data.  Significant casework includes:

- Numerous engagements involving the forensic preservation, collection, and analysis of data on laptops, desktops, storage devices, email and network logs to determine whether former employees improperly copied and removed proprietary digital assets prior to their departure;

- Incident response engagement for Fortune 500 company in which Stroz Friedberg was retained to collect and analyze server data to identify source of network intrusion;

- Incident response engagement for Fortune 100 financial institution in which Stroz Friedberg was retained to assist with the analysis of 100+ Linux servers to identify the source, cause, and magnitude of a network intrusion;

- Internal investigation for global software company involving the forensic acquisition and analysis of laptops and storage devices in relation to alleged insider trading;

- Forensic analysis of mobile phones in connection with multi-billion dollar civil litigation for Fortune 500 company;

- Lead forensic examiner for engagement involving a San Francisco company that suffered a significant computer intrusion; our forensic analysis and investigation conclusively determined the company's own IT director was the source of the intrusion.

- Supported Stroz Friedberg's electronic discovery team in connection with significant intellectual property dispute involving over 10 TB of electronically stored information between global corporations pending in the Northern District of California;

- Preservation and analysis of server data, Lotus Notes email databases, and "white box" memory card for large cruise line in conjunction with a DOJ investigation.

101 Montgomery Street Suite 2200, San Francisco, CA 94104

| mmaugeri@strozfriedberg.com | T: 415.671.4725 | strozfriedberg.com |



# MELANIE A. MAUGERI
MANAGER

**THE INTELLIGENCE GROUP**
Forensic Examiner
Bedminster, NJ
January 2007 to October 2011

- Managed multifaceted digital forensic projects for Fortune 500 companies and clients across all industries. Worked closely with law enforcement agencies such as the Federal Bureau of Investigations on several investigations;

- Interviewed subjects and participated in covert investigations;

- Responsible for acquisitions of digital media using tools such as Helix, Raptor, Hardcopy Voom, EnCase, and FTK Imager;

- Analyzed data using forensic tools such as EnCase, FTK, Nuix, and Paraben;

- Participated in conference calls with clients and attorneys;

- Acted as Evidence Custodian and maintain Chain of Custody;

- Developed and implemented procedures for the computer forensics division.

**GUIDANCE SOFTWARE**
Project Administrator
New York, NY
April 2005 to January 2007

- Manage the New York office and supported 12 consultants, two mangers and the Senior Director of Professional Services;

- Managed all operational and administrative aspects of the Professional Services Division for the New York, Washington DC, Atlanta, and UK offices;

- Developed and implemented organizational procedures for the East Coast and UK offices.

101 Montgomery Street Suite 2200, San Francisco, CA 94104

mmaugeri@strozfriedberg.com   T: 415.671.4725   strozfriedberg.com



# MELANIE A. MAUGERI
MANAGER

### EDUCATION AND TRAINING

- GIAC – Certified Forensic Analyst (GCFA)

- EnCase Certified Examiner (EnCE)

- Champlain College Computer Forensics Program (2007-2008)

- Mac Forensics Primary Analysis by Blackbag Technologies (2012)

- SANS Advanced Computer Forensic Analysis and Incident Response (2013)

- SANS Advanced Network Forensics (2014)

- SANS Advanced Smartphone Forensics (2015)

- Stroz Friedberg Internal Training Program. Attend regular in-house training presentations on digital forensics, cybercrime response, computer security, desktop and network forensic tools, and relevant legal topics.

- Knowledge of multiple forensic tools including EnCase, FTK, Nuix, Paraben, SANS Sift Workstation, Linux, , Blacklight, Cellebrite, Lantern and DTSearch.

05/16