UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOPELY, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-06855-VC<br><br>**ORDER RE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 4, 5 |

　　　The defendants are ordered to file a response by Monday, December 5, at 12:00 pm. The response should address Zynga's requests for a temporary restraining order and for expedited discovery. The Court will set a hearing only if necessary, but the parties should be prepared for a hearing on short notice.

　　　Given the risk that digital forensic evidence may inadvertently be destroyed, the defendants are further ordered to preserve all materials related to this case, including data, documents, and tangible items related to Zynga's claims for misappropriation of trade secrets, breach of contract, and tortious interference.

　　　The plaintiffs are ordered to serve this Order on the defendants by 4:00 pm today, and to make every possible effort to ensure that the defendants' counsel obtain this Order and all other papers in this case.

　　　**IT IS SO ORDERED.**

Dated: November 30, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge