UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>SCOPELY, INC., et al.,<br><br>             Defendants. | Case No.  16-cv-06855-VC<br><br>**ORDER RE PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**<br><br>Re: Dkt. Nos. 4, 5, 36 |

As agreed at today's case management conference, the temporary restraining order enjoining Maietti's use or disclosure of certain Zynga information is converted to a preliminary injunction.  *See* Dkt. No. 17.  Furthermore, Scopely will not seek or obtain any of the devices or information currently held by Setec except as further ordered by this Court.

The remainder of Zynga's preliminary injunction motion and its request for expedited discovery are denied as unnecessary in light of the expedited trial schedule the parties have stipulated to.  If Zynga uncovers new information justifying emergency relief, it may file a new preliminary injunction motion at that time.

**IT IS SO ORDERED.**

Dated:  January 3, 2017

_____
VINCE CHHABRIA
United States District Judge